PROB 12C
(7/93)

Report Date: December 23, 2010

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 23 2010

JAMES R LARSEN, CLERK
         DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Gabriel Tapia-Fuentes          Case Number: 2:09CR06048-001

Address of Offender: Incarcerated at the D. Ray James Prison, Folkston, GA

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/15/2009

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) |
| Original Sentence: | Prison - 10 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom |
| Defense Attorney: | James Stewart Becker |

| | |
|---|---|
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | 06/18/2010 |
| Date Supervision Expires: | 06/17/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1               **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

                **Supporting Evidence**: The defendant illegally reentered the United States without permission on or about August 1, 2010.

                Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on July 17, 2010, at Hidalgo, Texas, and has not obtained legal permission to reenter the United States.

2               **Mandatory Condition #2:** The defendant shall not commit another Federal, state, or local crime.

                **Supporting Evidence**: On August 3, 2010, a criminal complaint was filed with U.S. District Court in the District of Arizona, charging the defendant with count 1: illegal re-entry after deportation and count 2: illegal entry, docket number 4:10M02268-001.

Prob12C
Re: Tapia-Fuentes, Gabriel
December 23, 2010
Page 2

According to the criminal complaint, on August 1, 2010, the defendant was encountered by a border patrol agent near Naco, Arizona.

On August 10, 2010, the defendant appeared before the Court and plead guilty to count 2 of the complaint. The defendant was sentenced to 120 days confinement. It appears count 1 was dismissed pursuant to a plea agreement.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 23, 2010

s/Rebecca M. Nichols

Rebecca M. Nichols
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer    (USAJ)

12/23/10
Date